# EXHIBIT B

**DCWageLaw**
519 H Street NW
Washington, DC 20001
United States
1-877-373-6421



**Crestview Wine and Spirits, LLC**
**Alphonsus A Anthony**

| | |
|---|---|
| **Balance** | $13,506.75 |
| **Invoice #** | 00103 |
| **Invoice Date** | August 31, 2019 |
| **Payment Terms** | |
| **Due Date** | |

---

## Anthony v. Crestview Wine & Spirits

(D. Md. 8:18-cv-03667-CBD)

### Time Entries

| DATE | EE | ACTIVITY | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|---|
| 11/05/2018 | JPT | Intake | Meet with client, discuss case facts and client's expectations. Review client's past cr. record. Review clients' documents. Review retainer agreement with client | $350.00 | 2.3 | $805.00 |
| 11/05/2018 | JPT | Client Communication | Initial Phone call with client, schedule intake for afternoon | $350.00 | 0.3 | $105.00 |
| 11/05/2018 | JG | Intake | Draft retainer agreement for Anthony v. Crestview | $150.00 | 0.3 | $45.00 |
| 11/06/2018 | JG | Case Development | Create electronic folder & physical folder, scan and save all of client's documents | $150.00 | 1.5 | $225.00 |
| 11/15/2018 | NW | Pleadings | Damage calculations, corporate D research, draft complaint | $150.00 | 3.2 | $480.00 |
| 11/19/2018 | NW | Pleadings | Edit damage calculations and draft complaint. | $150.00 | 1.2 | $180.00 |
| 11/20/2018 | JPT | Pleadings | Pull and review Pacer records of prior litigation against Crestview; follow-up entity solvency research | $350.00 | 2.0 | $700.00 |
| 11/20/2018 | NW | Case Development | CCS and summonses | $150.00 | 0.5 | $75.00 |
| 11/20/2018 | JPT | Pleadings | Rewrite draft complaint. | $350.00 | 1.3 | $455.00 |
| 11/29/2018 | JZ | Pleadings | Review and edit complaint and initial filing documents; review damage calculations and documentary evidence, final pre-filing mtg. w/ JT, and file case | $350.00 | 1.5 | $525.00 |
| 11/30/2018 | NW | Case Development | Request service | $150.00 | 0.2 | $30.00 |

| 12/03/2018 | JPT | Client Communication | T/C with client re: case update | $350.00 | 0.2 | $70.00 |
|---|---|---|---|---|---|---|
| 12/03/2018 | JZ | Case Development | Review case management order | $350.00 | 0.2 | $70.00 |
| 12/13/2018 | JZ | Pleadings | Draft and file consent to proceed before magistrate after brief mtg. w/ JT | $350.00 | 0.4 | $140.00 |
| 01/03/2019 | NW | Case Development | Review Defendants' answers (4) and annotated complaints pursuant to answers | $150.00 | 1.5 | $225.00 |
| 01/08/2019 | JPT | Client Communication | Review annotated complaints; T/C w/ client re: case status | $350.00 | 0.7 | $245.00 |
| 01/29/2019 | JZ | Case Development | Review scheduling order; calendar dates and set dealines, meet w/ JT re: discovery strategy; review file | $350.00 | 1.4 | $490.00 |
| 01/30/2019 | JZ | Case Development | Review discovery memo/order | $350.00 | 0.2 | $70.00 |
| 02/20/2019 | NW | File Organization | File Organization | $150.00 | 0.1 | $15.00 |
| 02/22/2019 | JPT | File Organization | Create new MyCase files | $350.00 | 0.2 | $70.00 |
| 02/22/2019 | JG | File Organization | Transfer case to MyCase | $150.00 | 0.2 | $30.00 |
| 03/01/2019 | JPT | Case File Review | Review case file and instructions to NW. | $350.00 | 0.1 | $35.00 |
| 03/04/2019 | NW | Discovery | Draft and edit first set of discovery requests | $150.00 | 1.2 | $180.00 |
| 03/13/2019 | JZ | Negotiations | Mtg. w/ JT re: client expectations and T/C w/ OC re: settlement | $350.00 | 0.4 | $140.00 |
| 04/02/2019 | JPT | Discovery | Review discovery and further edits to interrogatories and RFPs. | $350.00 | 0.7 | $245.00 |
| 04/02/2019 | NW | Discovery | Edit, print, sign, scan, email, and mail P's first set of discovery requests. | $150.00 | 1.0 | $150.00 |
| 04/12/2019 | NW | File Organization | Upload settlement negotiations email. | $150.00 | 0.1 | $15.00 |
| 04/12/2019 | JPT | Telephone Call | Call with client re: settlement offer. | $350.00 | 0.3 | $105.00 |
| 04/24/2019 | JZ | Negotiations | Emails w/ OC re: settlement | $350.00 | 1.0 | $350.00 |
| 05/20/2019 | JG | Correspondence | Scan and upload First Set of Requests from Ds (8 packages) | $150.00 | 0.6 | $90.00 |
| 05/22/2019 | JPT | Discovery | Review Defendants' 8 sets of discovery requests and outline potential responsive documents | $350.00 | 1.7 | $595.00 |
| 05/23/2019 | JPT | Client Communication | Call client - explain discovery procedure and arrange date and time to meet. | $350.00 | 0.2 | $70.00 |
| 05/23/2019 | JPT | Discovery | Draft responses to Defendants' four sets of interrogatories. | $350.00 | 3.7 | $1,295.00 |
| 05/31/2019 | JPT | Client Meeting | Meet with client, review draft interrogatory responses. Review RFPs, review documents already held by office, review outline of other potential documents. | $350.00 | 2.0 | $700.00 |
| 06/12/2019 | JZ | Negotiations | T/Cs and emails w/ OC and CL re: settlement before mediation session; draft and edit settlement agreement and correspondence w/ OC re: same | $350.00 | 2.2 | $770.00 |

| 07/01/2019 | JZ | Motions Practice | Draft and file motion for approval and exhibits; emails w/ OC re: same; legal research re: full FLSA relief | $350.00 | 1.7 | $595.00 |
| 07/03/2019 | NW | Client Communication | Calls with client instructing him to/how to sign the settlement agreement. | $150.00 | 0.2 | $30.00 |
| 07/03/2019 | JZ | Case Development | Emails w/ NW and OC re: settlement signatures | $350.00 | 0.3 | $105.00 |
| 07/03/2019 | JZ | Motions Practice | Review order denying approval; legal research and mtg. w/ JT re: same | $350.00 | 1.5 | $525.00 |
| 07/16/2019 | JZ | Motions Practice | Mtg. w/ TAH re: options for moving forward re: approval; issues w/ pursuing cases in USDC-MD | $350.00 | 0.5 | $175.00 |
| 08/08/2019 | NW | Motions Practice | Produce Motion template; email to Tre | $150.00 | 0.3 | $45.00 |
| 08/08/2019 | TH | Settlement | Research and draft motion for approval of settlement. | $150.00 | 3.8 | $570.00 |
| 08/30/2019 | TH | Settlement | Research and draft motion for approval of settlement; draft J. Zelikovitz declaration. | $150.00 | 6.6 | $990.00 |
| | | | | Totals: | **49.5** | **$12,825.00** |

**Expenses**

| DATE | EE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| 11/15/2018 | JPT | Investigation | Individual D TLO Report (2) | $30.00 | 1.0 | $30.00 |
| 11/29/2018 | JZ | Filing Fee | | $400.00 | 1.0 | $400.00 |
| 12/11/2018 | NW | Service of Process | Service of Process - Surjit Singh - Invoice #105423 | $70.00 | 1.0 | $70.00 |
| 12/11/2018 | NW | Service of Process | Service of Process - Halishor, LLC - Invoice #105568 | $30.00 | 1.0 | $30.00 |
| 12/11/2018 | NW | Service of Process | Service of Process - Crestview Wine & Spirits, LLC - Invoice #105567 | $70.00 | 1.0 | $70.00 |
| 12/11/2018 | NW | Service of Process | Service of Process - Jaspal Singh - Invoice #105424 | $80.00 | 1.0 | $80.00 |
| 04/02/2019 | NW | Postage | Mailed P's First Set of Discovery Requests to D. | $1.75 | 1.0 | $1.75 |
| | | | | | Expense Total: | **$681.75** |

| | |
| --- | --- |
| Time Entry Sub-Total: | $12,825.00 |
| Expense Sub-Total: | $681.75 |
| **Sub-Total:** | $13,506.75 |
| **Total:** | $13,506.75 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$13,506.75** |