**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

| | |
|---|---|
| **ALPHONSUS ANTHONY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. CBD-18-3667 |
| | ) |
| **CRESTVIEW WINE & SPIRITS, LLC,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

Plaintiff Alphonsus Anthony, along with Defendants Crestview Wine Sprits, LLC, Halishor, LLC d/b/a New Carrolton Liquors, Jaspal Singh, and Surjit Sing, (collectively "Defendants") have submitted a Renewed Consent Motion for Approval of Settlement ("Renewed Consent Motion") that resolves Plaintiff's claims under the Fair Labor Standards Act ("FLSA"). *See* Renewed Consent Mot., ECF No. 31.

The parties agree that Defendants will pay Plaintiff a total sum of $30,000 calculated as follows: $9,340.58 for wages, $9,340.58 in liquidated damages, and $11,318.84 in attorneys' fees. Confidential Settlement Agreement and Release 2, ("Settlement Agreement"), ECF No. 29–1.

The Court has reviewed the various memoranda, the Settlement Agreement, and the applicable law. No hearing is deemed necessary. *See* Local Rule 105.6 (D. Md.). For the reasons stated in the accompanying memorandum, on this 24th day of September 2019, the Court hereby **GRANTS** the parties' Renewed Consent Motion without modification as: (1) there exists a *bona fide* dispute; (2) the settlement agreement is both fair and reasonable under the *Saman*

test; and, (3) the agreed upon attorneys' fees appear to be not only reasonable under *Saman*, but also represent a reduction from what Plaintiff's counsel incurred while litigating this case.

September 24, 2019                                        /s/
                                                   Charles B. Day
                                                   United States Magistrate Judge


CBD/hjd